**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GILBERT CHAIDEZ,  ) NO. EDCV 10-00224 SVW (SS)
          Petitioner,  )
    v.  )  **JUDGMENT**
RANDY GROUNDS, Warden,  )
          Respondent.  )

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 20, 2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE